Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

JERMAINE "NATHANIEL" GLYNN
PRIEST OF JEHOVAH   "PRO SE"
ISAIAH 61:1, 2, 6 NWT

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

SGT. F VALENTE

NEWARK POLICE DEPARTMENT  SUB-PRECINT

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 20-2005 (CCC)
*(to be filled in by the Clerk's Office)*

2020 FEB 26  A 11: 55  RECEIVED COURT NEW JERSEY

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JERMAINE "NATHANIEL" GLYNN |
| Street Address | 561 RIVER ROAD |
| City and County | RAHWAY NEW JERSEY 07065 |
| State and Zip Code | NEW JERSEY 07065 |
| Telephone Number | |
| E-mail Address | |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name: SGT. F VALENTE
    Job or Title (if known): POLICE SEARGENT NEWARK POLICE DEPARTMENT
    Street Address: 189-141 MARKET STREET
    City and County: NEWARK, ESSEX COUNTY
    State and Zip Code: NEW JERSEY
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2

    Name: NEWARK POLICE DEPARTMENT
    Job or Title (if known): PUBLIC LAW ENFORCEMENT AGENCY
    Street Address: 189-141 MARKET STREET
    City and County: NEWARK, ESSEX COUNTY
    State and Zip Code: NEW JERSEY
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

49 CFR PART 27.7 (B), (1),(i)

'ACTIONS PROHIBITED'

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* JERMAINE "NATHANIEL" GLYNN, is a citizen of the State of *(name)* NEW YORK AND NEW JERSEY. THE STATE OF ISRAEL, AND THE KINGDOM OF GOD

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* THE SOVEREIGN LORD JEHOVAH,

   and has its principal place of business in the State of *(name)*

   THE MORNING STAR, THE KINGDOM AGENCY OF GOD

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, (name) __SEARGENT F VALENTE__, is incorporated under the laws of the State of (name) __NEW JERSEY__, and has its principal place of business in the State of (name) __NEW JERSEY__.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) __NEWARK, NEW JERSEY__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

"UNDER 28 U.S.C. §1332, A CASE IN WHICH A CITIZEN OF ONE STATE SUES A CITIZEN OF ANOTHER STATE OR NATION AND THE AMOUNT AT STAKE IS MORE THAN $75,000 IS A DIVERSITY OF CITIZENSHIP CASE. NO DEFENDENT MAY BE A CITIZEN OF THE SAME STATE AS THE PLAINTIFF.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

189-191 MARKET STREET NEWARK, NEW JERSEY
NEWARK POLICE DEPARTMENT
SUB-PRECINT.

B. What date and approximate time did the events giving rise to your claim(s) occur?

MONDAY FEBRUARY 24TH 2020
7:20 AM - 7:27 AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEARGENT F. VALENTE DENIED THE PLAINTIFF AN AMERICAN WITH DISABILITIES OATMEAL AND BOTTLED WATER DUE TO MAL-NUTRITION OR $8 TO BUY IT. NJ TRANSIT SUPERVISOR INVOLVED JUST TO CONFIRM THE APPROXIMATE TIME THE EVENT OCCURED. CORNER OF MARKET STREET AND BROAD STREET NEWARK, NEW JERSEY 7:27AM

### IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I WAS COUNTED WITH LAWLESS ONES
I AM VIEWED AS A DECEIVER BUT EVER TRUTHFUL.

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

— I APPOINT JUDGES JAMES B. CLARK III AND JOHN MICHAEL VASQUEZ TO ORDER THE PAYMENT TO ME "PLAINTIFF" OF $97,500 USDOLLARS. THE SAME DAY.

— I ALSO APPOINT JUDGES JAMES B. CLARK III AND JOHN MICHAEL VASQUEZ TO INJUNCTIVELY ORDER SEARGENT F. VALENTE TO: "GIVE TO THE ONE ASKING YOU." DO NOTHING ELSE AS A DICIPLINARY ACTION TO HIM IN CONNECTION WITH THIS CASE AT ALL.

— ALSO ORDER SEARGENT F. VALENTE TO COLLECT HIS REIMBURSEMENT FROM HIS PAYROLL DEPARTMENT FROM FEDERAL AND STATE FUNDING AGENCIES THAT PAY HIM HIS WAGES FROM TAX DOLLARS.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____